# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**J.R. MCFARLANE, M.C. HOLIFIELD, K.J. BRUBAKER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**RON-DERRICK J. RHOME**
AVIATION MAINTENANCE ADMINISTRATIONMAN THIRD CLASS (E-4),
U.S. NAVY

NMCCA 201400346
GENERAL COURT-MARTIAL

**Sentence Adjudged:** 4 June 2014.
**Military Judge:** CDR Michael J. Luken, JAGC, USN.
**Convening Authority:** Commander, Navy Region Mid-Atlantic,
Norfolk, VA.
**Staff Judge Advocate's Recommendation:** CDR S.J. Gawronski,
JAGC, USN.
**For Appellant:** CAPT Charles D. Stimson, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**27 January 2015**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted
without assignment of error, we affirm the findings and sentence
as approved by the convening authority.  Art. 66(c), Uniform
Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court